[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 23, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-12407

_____

D. C. Docket No. 06-01843-CV-RLV-1

BOBBY L. SCOTT,
MELISSA THOMPSON, Individually and on behalf
of a class of all others similarly situated,

Plaintiffs-Appellants,

versus

ING CLARION PARTNERS, LLC, Individually and
d.b.a Gables Residential Trust,
GABLES RESIDENTIAL SERVICES, INC.,
LIONS GABLES REALTY LIMITED PARTNERSHIP,
GABLES GP, INC.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(January 23, 2008)**

Before HULL and PRYOR, Circuit Judges, and MOORE,[*] District Judge.

PER CURIAM:

After review and oral argument, the Court concludes that Appellants Bobby L. Scott and Melissa Thompson, proceeding individually and on behalf of a class of similarly situated persons, have not shown any reversible error in the district court's orders dated October 31, 2006 and May 7, 2007.  Thus, the Court affirms those orders.

**AFFIRMED.**

---

[*]Honorable K. Michael Moore, United States District Judge for the Southern District of Florida, sitting by designation.